THE STATE OF OHIO, APPELLANT, *v.* TAYLOR, APPELLEE.

[Cite as *State v. Taylor,* 118 Ohio St.3d 268, 2008-Ohio-2547.]

(No. 2008–0184—Submitted April 23, 2008—Decided June 4, 2008.)

{¶ 1} On review of order certifying a conflict. The court determines that a conflict exists.

{¶ 2} The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *State v. Cabrales,* 118 Ohio St.3d 54, 2008-Ohio-1625, 886 N.E.2d 181.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Joseph T. Deters, Hamilton County Prosecuting Attorney, and James Michael Keeling, Assistant Prosecuting Attorney, for appellant.